UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS COURTNEY STEPHENS, | Case No. 26-cv-05247-TSH |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UNITED PARCEL SERVICE, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Stephens v. United Parcel Service, Inc.*, 23-cv-06081-JSC.

**IT IS SO ORDERED.**

Dated: June 3, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California