UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nicholas Courtney Stephens ,

Plaintiff(s),

v.

United Parcel Service, Inc., et ,

Defendant(s).

Case No. 3:26 cv 05247 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Emily S. Johnson , an active member in good standing of the bar of Georgia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the Defendants in the above-entitled action. My local co-counsel in this case is Gregorio Bautista , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 340867 .

2573 Apple Valley Road NE Atlanta, Georgia 30319
MY ADDRESS OF RECORD

5800Armada Drive, Suite 101 Carlsbad, CA 92008
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

404 390 2399
MY TELEPHONE # OF RECORD

760 827 5013
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ejohnson@martensonlaw.com
MY EMAIL ADDRESS OF RECORD

gbautista@martensonlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 626180 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/08/2026

Emily S. Johnson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Emily S. Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 8, 2026

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2