United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS COURTNEY STEPHENS,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC., et al.,
Defendants.

Case No. 26-cv-05247-TSH

**ORDER RE: VOLUNTARY DISMISSAL**

On July 16, 2026, Plaintiff filed a "Motion For Voluntary Dismissal Without Prejudice (FRCP 41(a)(2)) Or, In The Alternative, To Remand/Transfer." ECF No. 16. On July 20, 2026, Plaintiff filed the same Motion as a "resubmission due to proof of service error." ECF No. 17. A plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed in this action, Plaintiff is not required to move for voluntary dismissal. Therefore, the Court treats Plaintiff's filing at ECF No. 17 as a notice of dismissal without prejudice. *See id.* at 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

**IT IS SO ORDERED.**

Dated: July 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge